PROMETHEUS PARTNERS LLP
EDUARDO G. ROY (SBN 146316)
eduardo.roy@prometheus-law.com
The Mills Tower
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone:    415.527.0255

Attorney for Defendant
CLIFTON BURCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC WORTHEN, TAJ ARMON REID, a/k/a TAJ REID, DERF BUTLER, ANTON KALAFATI, CLIFTON BURCH, PETER MCKEAN, LEN TURNER, and LANCE TURNER,<br><br>Defendants. | Case No.  3:17-cr-00175 CRB<br><br>**DEFENDANT CLIFTON BURCH'S RESPONSE TO GOVERNMENT MOTION REGARDING ENTRAPMENT**<br><br>Date:  Sept. 18, 2018<br>Time:  2:00 p.m.<br>Judge: Hon. Charles Breyer<br>Dept.:  Courtroom 6. 17th Floor |

1    Defendant Clifton Burch responds to the Government's Motion for Disclosure of Intent to Raise

2   Entrapment Defense (ECF no. 251) as follows.

3        In its motion, the Government asks the Court to require notice and an offer or proof before an

4   entrapment defense can be raised to a jury at trial.  The Government does not ask that an entrapment

5   defense be precluded at this time, but that the defense be required to give notice and make a prima facie

6   offer of proof before the defense may be raised.

7        Defendant Burch does not oppose the motion and will give reasonable notice and an offer of

8   proof before raising such a defense at trial.

9

10   Dated:  September 4, 2018                    Respectfully submitted,

11

12                                               By: /s/ Eduardo G. Roy
                                                 EDUARDO G. ROY
13                                               Attorney for Defendant
                                                 CLIFTON BURCH
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28